UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 5:16-cr-00409 |
| : | No. 5:19-cv-03118 |
| : | |
| WILSON ALBERT OSORIO, JR. : | |

**O R D E R**

**AND NOW**, this 23rd day of February, 2021, upon consideration of Defendant's Motion Requesting Reconsideration, ECF No. 250, and for the reasons set for in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The motion, ECF No. 250, is construed as a second or successive application for habeas corpus relief and is **DISMISSED for lack of jurisdiction.**

2. A Certificate of Appealability shall not issue.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge