UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:16-cr-00409 |
| | | No. 5:19-cv-03118 |
| | : | |
| WILSON ALBERT OSORIO, JR. | : | |

# O R D E R

**AND NOW**, this 16th day of February, 2022, upon consideration of Defendant's Motion for Reconsideration, ECF No. 258, and for the reasons set for in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The motion, ECF No. 258, is **DISMISSED.**

2. A Certificate of Appealability shall not issue.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1
021622