UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:16-cr-00409 |
| | : | No. 5:19-cv-03118 |
| | : | |
| WILSON ALBERT OSORIO, JR. | : | |

**O R D E R**

**AND NOW**, this 2nd day of August, 2023, upon consideration of Defendant's Motion to "Rule on Motion for New Trial filed in 2020," ECF No. 263, and for the reasons set forth in the Opinion on this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion, ECF No. 263, is **DENIED**.

2. A certificate of appealability shall not issue.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge